

# NUMBER 13-21-00322-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JULIE COVINGTON

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

On October 5, 2021, relator Julie Covington filed a petition for writ of mandamus and a motion to stay the trial court proceedings in the above-referenced cause. By petition for writ of mandamus, relator seeks to compel the trial court to set aside an order striking relator's petition in intervention in the underlying suit regarding the parent-child relationship. By emergency motion, relator seeks to stay all trial court proceedings pending the resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay, is of the opinion that the motion to stay should be carried with the case pending further review. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Jessica Schaffer, Allen Schaffer, Ashley Osteen Gortemiller, the Texas Department of Family and Protective Services, and ad litem Carmen M. Ramirez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
5th day of October, 2021.